IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

vs.                                                                    CASE NO.: 4:07cr82-SPM

FRANKIE LEE MORRISON,

      Defendant.
_____/

**ORDER SETTING HEARING REGARDING**
**DEFENDANT'S DISSATISFACTION WITH COUNSEL**

This cause comes before the Court on Defendant's Motion for Judicial Inquiry (doc. 28). Defendant is dissatisfied with his court-appointed attorney and has expressed a desire for a new attorney. An inquiry must be made to determine if Defendant is entitled to a new attorney. Accordingly, it is

ORDERED AND ADJUDGED:

1. The Motion for Judicial Inquiry (doc. 28) is granted.

2. A hearing regarding Defendant's dissatisfaction with counsel is set for 1:30 p.m. on March 17, 2008, at the United States Courthouse in Tallahassee, Florida.

DONE AND ORDERED this 28th day of February, 2008.

                              *s/ Stephan P. Mickle*
                              Stephan P. Mickle
                              United States District Judge